SCPW-18-0000733

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

CITY AND COUNTY OF HONOLULU; COUNTY OF HAWAIʻI;
COUNTY OF MAUI; COUNTY OF KAUAʻI, Petitioners,

vs.

STATE OF HAWAIʻI; SCOTT T. NAGO, in his capacity as
Chief Election Officer; RONALD D. KOUCHI, in his capacity as
President of the Hawaiʻi Senate; SCOTT K. SAIKI, in his
capacity as Speaker of the Hawaiʻi House, Respondents.

---

ORIGINAL PROCEEDING
(CIVIL NO. 18-1-1326-08)

ORDER DISMISSING RESPONDENTS RONALD D. KOUCHI AND
SCOTT K. SAIKI, IN THEIR OFFICIAL CAPACITIES
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

On October 11, 2018, respondents filed their answer to the petition for extraordinary writ seeking pre-election relief in which respondents argue, among other things, that Ronald D. Kouchi, in his capacity as President of the Hawaiʻi Senate, and Scott K. Saiki, in his capacity as Speaker of the Hawaiʻi House of Representatives, should be dismissed from this original proceeding. Upon consideration of this argument and the representations made during the October 18, 2018 oral argument,

IT IS HEREBY ORDERED that respondents Ronald D. Kouchi, in his capacity as President of the Hawaiʻi Senate, and Scott K. Saiki, in his capacity as Speaker of the Hawaiʻi House of Representatives are dismissed from this original proceeding.

DATED: Honolulu, Hawaiʻi, October 19, 2018.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

